

## MEMORANDUM OPINION

No. 04-08-00604-CR

Cresencio **VASQUEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CR-0599
Honorable Sharon MacRae, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:   October 1, 2008

DISMISSED FOR WANT OF JURISDICTION

The trial court imposed sentence on June 5, 2007. Because appellant did not timely file a motion for new trial, appellant's notice of appeal was due to be filed by July 5, 2007. TEX. R. APP. P. 26.2(a). Appellant did not file his notice of appeal until August 7, 2008, more than one year late. Given the fact that appellant's notice of appeal was not timely filed, we are without jurisdiction to entertain this appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH